UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN GEORG and MARK DIXON, | : | |
| Plaintiffs, | : | NO: 2:10-CV-01387 |
| v. | : | |
| ALLEGHENY ENERGY SERVICE CORPORATION, and ENVER AKYAR, an individual | : | |
| Defendants, | : | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, to wit, this 2nd day of March, 2011, it is hereby ordered and decreed that Defendant Enver Akyar is dismissed with prejudice as a party to this matter.

BY THE COURT:

_____ J.
Hon. Gary L. Lancaster, Chief U.S. District Judge