IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Glenn Georg and Mark Nixon, | ) |
| Plaintiffs, | ) Civil Action No. 2:10-cv-01387 |
| v. | ) Chief Judge Gary L. Lancaster |
| Allegheny Energy Service Corporation, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 19th day of September, 2011, it is hereby ORDERED that the Plaintiffs' Motion for Sanctions is DENIED.

_____
Judge Gary Lancaster

FIRMWIDE:103797907.1 057935.1022