IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Glenn Georg and Mark Nixon, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:10-cv-01387 |
| ) | |
| v. ) | Chief Judge Gary L. Lancaster |
| ) | |
| Allegheny Energy Service Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**ORDER**

AND NOW, this 19th day of September, 2011, it is hereby ORDERED that the Plaintiffs' Motion to Compel is DENIED.

_____
Judge Gary L. Lancaster