# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Glenn Georg and Mark Nixon, | ) | |
| Plaintiffs, | ) | Civil Action No. 2:10-cv-01387 |
| v. | ) | Chief Judge Gary L. Lancaster |
| Allegheny Energy Service Corporation, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 3rd day of ~~September~~ Oct, 2011, it is hereby ORDERED that Defendant's Motion to Compel Further Responses to Defendant's Discovery Requests is GRANTED. Plaintiffs are hereby ORDERED to provide further responses to Defendant's discovery requests within 14 days as follows:

(i) Plaintiffs Georg and Nixon shall produce tax returns and associated W-2 forms for 2008, 2009, and 2010;

(ii) Plaintiffs Georg and Nixon shall produce all documentation related to their efforts to obtain employment subsequent to their terminations from Allegheny Energy;

(iii) Plaintiffs Georg and Nixon shall produce any and all documentation after their date of termination, showing the amount of any withdrawals from a 401(k) plan; and documentation showing the amount of any penalties or fees for making such a withdrawal;

(iv) Plaintiffs Georg and Nixon shall produce all documentation demonstrating that they incurred costs of medical continuation coverage as a result of their terminations from Allegheny Energy;

(v) Plaintiff Nixon shall produce any market study or other documentation supporting his allegation that his damages include a premature sale of his home arising from his termination from Allegheny Energy;

(vi) Plaintiff Georg shall re-appear for his continued deposition and answer questions regarding his post-termination purchases of real estate and to produce any documents related to his withdrawal of 401(k) funds after his June 2009 termination;

(vii) Plaintiffs George and Nixon shall produce any documents submitted to or received from the EEOC as well as any documents submitted to or received from the PHRC; and

(viii) Plaintiff Nixon shall verify his responses to his interrogatory responses.

IT IS SO ORDERED

_____
Chief Judge Gary L. Lancaster