IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN GEORG and MARK NIXON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-1387 |
| ) | |
| ALLEGHENY ENERGY SERVICE CORP., ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this 18 day of November, 2011, IT IS HEREBY ORDERED that defendant's Motion for Sanctions is DENIED without prejudice.

BY THE COURT:

_____, C.J.

cc: All Counsel of Record