IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN GEORG and MARK NIXON, | Civil Action No. 2:10-cv-01387 |
| Plaintiffs, | Chief Judge Gary L. Lancaster |
| v. | |
| ALLEGHENY ENERGY SERVICE CORPORATION, | ELECTRONICALLY FILED |
| Defendant. | |

**ORDER**

AND NOW, this 1st day of Feb, 2012, IT IS HEREBY ORDERED that Defendant's Motion to File Certain Exhibits Under Seal is GRANTED. Defendant is granted leave to file under seal certain exhibits it intends to submit in support of its Motion for Summary Judgment.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge