### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN GEORG, and | : | CIVIL ACTION - LAW |
| MARK NIXON | : | |
| | : | No. 10-1337 |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| ALLEGHENY ENERGY SERVICE | : | |
| CORPORATION | : | |
| | : | |
| Defendant | : | |

## ORDER OF COURT

AND NOW, this 2nd day of March, 2012, IT IS HEREBY ORDERED

that Plaintiffs' Motion to Seal Certain Exhibits is GRANTED and Exhibits 4-6 and 8-10 of

plaintiffs' Appendix (Doc. 53) are placed under seal and removed from public view.

BY THE COURT:

_____, C.J.

1