IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

GLENN GEORG, and
MARK NIXON

    Plaintiffs

v.

ALLEGHENY ENERGY SERVICE
CORPORATION

    Defendant

CIVIL ACTION - LAW

No. 10-1387

## ORDER OF COURT

AND NOW, this 2nd day of March, 2012, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal Certain Exhibits is GRANTED and Exhibits 4-6 and 8-10 of plaintiffs' Appendix (Doc. 53) are placed under seal and removed from public view.

BY THE COURT:

_____, C.J.